IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:04cv96

| | |
|---|---|
| LAMAR SHAW, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For the reasons stated in the Order filed herewith,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petitioner's motion pursuant to 28 U.S.C. §2255 is hereby **DISMISSED WITH PREJUDICE**.

Signed: April 17, 2006

Lacy H. Thornburg
United States District Judge

t